UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Police and Fire Retirement System of the City of Detroit,

                  Plaintiff,

-against-                                  16 **CIVIL** 3068 (AJN)

## JUDGMENT

La Quinta Holdings Inc., et al.,
                  Defendants.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2017

    Whereas the defendants having filed motions to dismiss Plaintiff's second amended complaint in its entirety, and the matter having come before the Honorable Alison J. Nathan, United States District Judge, and the Court, on August 24, 2017, having rendered its Memorandum and Order granting the motions to dismiss in their entirety, that these dismissals are with prejudice both because Plaintiff was given notice and opportunity to amend its complaint and because amendment would be futile, denying the request for oral argument as moot, and directing the Clerk of the Court to close this case, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 24, 2017, the Court grants the motions to dismiss in their entirety; these dismissals are with prejudice both because Plaintiff was given notice and opportunity to amend its complaint and because amendment would be futile; the request for oral argument is denied as moot; accordingly, this case closed.

**Dated:** New York, New York
           August 28, 2017

                                                        RUBY J. KRAJICK
                                                        Clerk of Court
                                          BY:
                                                          Deputy Clerk

                                                     THIS DOCUMENT WAS ENTERED
                                                     ON THE DOCKET ON 8/28/2017