**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW YORK**

|  |  |
|---|---|
| PAUL BEISEL, *et al.* | |
| Plaintiffs, | |
| v. | Civil Action No. 1:16-cv-03068 (AJN) |
| LA QUINTA HOLDINGS INC., *et al.* | |
| Defendants. | |

**NOTICE OF APPEAL**

Notice is hereby given, in accordance with Rules 3 and 4 of the Federal Rules of Appellate Procedure, that Lead Plaintiff in the above-captioned action, the Police and Fire Retirement System of the City of Detroit,  on behalf of itself and the putative class, hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Judgement entered on August 28, 2017, *see* ECF No. 95, as well as all orders and rulings subsumed within the Final Judgement, including the August 24, 2017 Memorandum and Order granting Defendants' motions to dismiss Plaintiffs' Second Amended Complaint with prejudice, *see* ECF No. 94.

Dated: September 20, 2017

**KIRBY McINERNEY LLP**

By:  /s/ *Ira Press*

Ira M. Press
Peter Linden
Andrew McNeela
825 Third Avenue, 16th Floor
New York, NY 10022
Telephone:  (212) 371-6600
Facsimile:  (212) 751-2540
Email: plinden@kmllp.com
        ipress@kmllp.com
        amcneela@kmllp.com

*Counsel for Lead Plaintiffs.*